**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAMMY RAUL, Derivatively on Behalf of Nominal Defendant SPECTRUM PHARMACEUTICALS INC., | ) | |
| Plaintiff, | ) | C.A. No. 1:22-CV-00571-GBW |
| v. | ) | JURY TRIAL DEMANDED |
| JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS LEBEL, WILLIAM L. ASHTON, NORA E. BRENNAN, SETH H.Z. FISCHER, JUHYUN LIM, THOMAS J. RIGA, JEFFREY l. VACIRCA, DOLATRAI M. VYAS, BERNICE R. WELLES, | ) | |
| Defendants, | ) | |
| and | ) | |
| SPECTRUM PHARMACEUTICALS INC., | ) | |
| Nominal Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Plaintiff Tammy Raul ("Plaintiff") derivatively and on behalf of nominal defendant Spectrum Pharmaceuticals Inc. ("Spectrum" or the "Company"), and defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles ("Defendants" and together with the Plaintiff and Spectrum, the "Parties") jointly submit this Stipulation ("Stipulation"), and in support thereof state as follows:

**WHEREAS**, on April 28, 2022, Plaintiff filed the above-captioned action purportedly in the right, and for the benefit, of Spectrum against Defendants (the "Action");

**WHEREAS**, on or about July 31, 2023, Spectrum completed a merger transaction that resulted in Plaintiff no longer being a stockholder of the Company and, accordingly, no longer having standing to pursue derivative claims on the Company's behalf; and

**WHEREAS**, the Parties hereby certify that no compensation in any form has passed directly or indirectly to Plaintiff or its attorneys in the Action and no promise to give any such compensation has been made;

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), this Action is dismissed.

BIELLI & KLAUDER, LLC

*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 803-4600
rernst@bk-legal.com

LIFSHITZ LAW PLLC

Joshua M. Lifshitz
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780

*Attorneys for Plaintiff*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7600
dicamillo@rlf.com

*Attorneys For Defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles*

Dated: October 29, 2024.

SO ORDERED this ____ day of ________________________________, 2024.

________________________________________
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE
U.S. DISTRICT COURT
DISTRICT OF DELAWARE